UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Bonnie Standard v. Bayer Corporation et al* | No. 13-cv-10407-DRH |
| *Victoria Strickland et al v. Bayer Corporation et al* | No. 11-cv-13599-DRH |
| *Maria Teresa Suttle et al v. Bayer Schering Pharma AG et al* | No. 11-cv-10377-DRH |
| *Jamie Swearingen v. Bayer Corporation et al* | No. 11-cv-10147-DRH |
| *Magan Thiel v. Bayer Corporation et al* | No. 10-cv-10910-DRH |
| *Holly Tobin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13203-DRH |
| *Anna S. Tomlin v. Bayer Corporation et al* | No. 11-cv-10562-DRH |
| *Victoria Strickland et al v. Bayer Corporation et al* | No. 11-cv-13599-DRH |
| *Reyna Esther Trejo et al v. Bayer Pharma AG et al* | No. 12-cv-11439-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 12, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 13, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.13
09:15:00 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT

2